# PARKER HANSKI LLC

40 Worth Street, Suite 602
New York, New York 10013
Phone: 212.248.7400
Fax:     212.248.5600
ghp@parkerhanski.com

June 19, 2023

> The request to adjourn the June 28, 2023 Initial Pretrial Conference is GRANTED. The Initial Pretrial Conference is RESCHEDULED to August 29, 2023 at 2:00 p.m.
>
> SO ORDERED.
> /s/ Lewis J. Liman
> LEWIS J. LIMAN
> United States District Judge
> 6/23/2023

<u>Via ECF</u>
The Honorable Lewis J. Liman
United States District Judge
Southern District of New York

    **Re:**   *Annalisa Rivera-Franz v. Standard Realty Associates, Inc.*

        **<u>Docket No. 1:23-cv-02531 (LJL)(VF)</u>**

Dear Judge Liman:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the June 28, 2023 conference to a date in late August 2023. Defendant has not yet appeared by counsel in this action. Plaintiff has recently been in contact with the managing agent for the defendant who claimed not to have had knowledge of this action until June 8, 2023. Plaintiff desires to give defendant sufficient time to retain counsel and be ready to proceed. This is the first application to adjourn the conference. Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.