

# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:       212.248.5600
ghp@parkerhanski.com

November 10, 2023

<u>Via ECF</u>
The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York

    **Re:**    *Annalisa Rivera-Franz v. Standard Realty Associates, Inc.*

        **<u>Docket No. 1:23-cv-02531 (JGLC)(VF)</u>**

Dear Judge Clarke:

    We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to extend the deadline to reopen this action by 30 days. The reason for this request is because the parties require the additional time to satisfy the condition precedent for the filing of a stipulation of dismissal. This is the first application to extend the deadline and all parties consent. Thank you for your time and attention to this matter. With kindest regards, I am

        very truly yours,

        /s/
        Glen H. Parker, Esq.

Application GRANTED. The deadline to reopen this action is extended to **December 13, 2023**. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: November 13, 2023
       New York, New York